

# United States Court of Appeals
# Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 8, 2012

Honorable Tena Campbell
Honorable Dee Benson
Honorable J. Thomas Greene
Honorable Bruce S. Jenkins
Honorable Dale A. Kimball
Honorable David Sam
Honorable Ted Stewart
Honorable Clark Waddoups

Re:     Certification of State Law
        *Garza v. Burnett*, No. 10-4121
        (D. Ct. No. 1:06-CV-00134-DAK)

Dear Judges:

The court has certified a question of state law to the Utah Supreme Court in *Garza v. Burnett*, No. 10-4121 (D. Ct. No. 1:06-CV-00134-DAK)

Attached for your information is a copy of the court's certification order.

Very truly yours,
ELISABETH A. SHUMAKER, Clerk

*Ardell Schuler*

Ardell Schuler
Deputy Clerk

EAS/as

Enclosures

cc:   All Tenth Circuit Judges